NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**JIMMY R. HILL,**
*Petitioner,*

**v.**

**UNITED STATES POSTAL SERVICE,**
*Respondent.*

---

2014-3216

---

Petition for review of the Merit Systems Protection Board in No. AT-3443-14-0778-I-1.

---

## ON MOTION

---

## O R D E R

Jimmy R. Hill moves for leave to proceed in forma pauperis.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

2                                            HILL v. USPS

FOR THE COURT

/s/ Daniel E. O'Toole
Daniel E. O'Toole
Clerk of Court

s21